UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CONAIR CORPORATION | : |
|                 Plaintiff, | : Civil Action No. 1:19-cv-1284 |
| -against- | : |
| CLARK ASSOCIATES, INC. and the WEBSTAURANT STORE, | : RULE 7.1 STATEMENT |
|                 Defendants. | : |

------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff Conair Corporation hereby certifies that the foregoing Plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
        February 11, 2019

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By:     /Meichelle R. MacGregor/
                                    Meichelle R. MacGregor
                                    Richard S. Mandel

                              Attorneys for Plaintiff
                              114 W 47th St.
                              New York, NY 10036-6799
                              (212) 790-9200
                              mrm@cll.com
                              rsm@cll.com