AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of New York on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-cv-01284 | DATE FILED<br>2/11/2019 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Conair Corporation | | DEFENDANT<br>Clark Associates, Inc. and The Webstaurant Store |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4989133 | 6/28/2016 | Conair Corporation |
| 2 | 5036889 | 9/6/2016 | Conair Corporation |
| 3 | 4923632 | 3/22/2016 | Conair Corporation |
| 4 | 3761310 | 10/26/2015 | Conair Corporation |
| 5 | | | see attached list |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| RN: 4989133 | June 28, 2016 | Conair Corporation |
| RN: 5036889 | September 6, 2016 | Conair Corporation |
| RN: 4923632 | March 22, 2016 | Conair Corporation |
| RN: 3761310 | October 26, 2015 | Conair Corporation |
| RN: 3958734 | April 13, 2017 | Conair Corporation |
| RN: 3651099 | April 18, 2015 | Conair Corporation |
| RN: 4317990 | April 9, 2013 | Conair Corporation |
| RN: 4201165 | June 24, 2018 | Conair Corporation |
| RN: 4139277 | September 30, 2017 | Conair Corporation |
| RN: 4276979 | November 2, 2018 | Conair Corporation |
| RN: 4197412 | September 30, 2017 | Conair Corporation |
| RN: 4489460 | February 25, 2014 | Conair Corporation |
| RN: 4285285 | November 13, 2018 | Conair Corporation |
| RN: 4384053 | August 13, 2013 | Conair Corporation |
| RN: 4507468 | April 1, 2014 | Conair Corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| RN: 4589539 | August 19, 2014 | Conair Corporation |
| RN: 4507605 | April 1, 2014 | Conair Corporation |
| RN: 4432548 | November 12, 2013 | Conair Corporation |
| RN: 4463618 | January 7, 2014 | Conair Corporation |
| RN: 5114595 | January 3, 2017 | Conair Corporation |
| SN: 87889224 | Pending - Examiner's Amendment Mailed January 31, 2019<br>Filed: April 23, 2018 | Conair Corporation |
| RN: 1183520 | December 29, 1981 | Conair Corporation |
| RN: 2729355 | June 24, 2003 | Conair Corporation |
| RN: 2925947 | February 8, 2005 | Conair Corporation |
| RN: 3101863 | June 6, 2006 | Conair Corporation |
| RN: 1048883 | September 28, 1976 | Conair Corporation |
| RN: 3486387 | August 12, 2008 | Conair Corporation |
| RN: 1831908 | April 19, 1994 | Conair Corporation |
| RN: 2270641 | August 17, 1999 | Conair Corporation |
| RN: 2313580 | February 1, 2000 | Conair Corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| RN: 2537394 | February 5, 2002 | Conair Corporation |
| RN: 2765776 | September 16, 2003 | Conair Corporation |
| RN: 3178566 | November 28, 2006 | Conair Corporation |
| RN: 3286911 | August 28, 2007 | Conair Corporation |
| RN: 3587789 | March 10, 2009 | Conair Corporation |
| RN: 5291175 | September 19, 2017 | Conair Corporation |
| RN: 4728452 | April 28, 2015 | Conair Corporation |
| RN: 4654197 | December 9, 2014 | Conair Corporation |
| RN: 4668200 | January 6, 2015 | Conair Corporation |
| SN: 87599752 | Allowed - Intent to Use 1st Extension of Time Granted August 31, 2018<br>Filed: September 7, 2017 | Conair Corporation |
| RN: 3345515 | November 27, 2007 | Conair Corporation |
| RN: 3673593 | August 25, 2009 | Conair Corporation |
| RN: 4091729 | January 24, 2012 | Conair Corporation |
| RN: 4522636 | April 29, 2014 | Conair Corporation |
| RN: 4467225 | January 14, 2014 | Conair Corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| RN: 4097040 | February 7, 2012 | Conair Corporation |
| RN: 3599455 | March 31, 2009 | Conair Corporation |
| RN: 4668201 | January 6, 2015 | Conair Corporation |
| SN: 87431604 | Allowed - Intent to Use 2nd Extension of Time Granted October 1, 2018<br>Filed: May 1, 2017 | Conair Corporation |
| RN: 4254780 | December 4, 2012 | Conair Corporation |
| RN: 5096750 | December 6, 2016 | Conair Corporation |
| RN: 3845912 | September 7, 2010 | Conair Corporation |
| RN: 4154956 | June 5, 2012 | Conair Corporation |
| RN: 4318794 | April 9, 2013 | Conair Corporation |
| RN: 3137151 | August 29, 2006 | Conair Corporation |
| RN: 4460037 | December 31, 2013 | Conair Corporation |
| RN: 4552959 | June 17, 2014 | Conair Corporation |
| RN: 4664725 | December 30, 2014 | Conair Corporation |
| RN: 4964947 | May 24, 2016 | Conair Corporation |
| RN: 3764960 | November 14, 2015 | Conair Corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| RN: 4460064 | December 31, 2013 | Conair Corporation |
| SN: 87331856 | Allowed - Intent to Use 1st Extension of Time Granted August 20, 2018<br>Filed: February 10, 2017 | Conair Corporation |
| RN: 4641505 | November 18, 2014 | Conair Corporation |
| RN: 3356861 | December 18, 2007 | Conair Corporation |
| RN: 4097038 | November 30, 2017 | Conair Corporation |
| RN: 4363672 | July 9, 2013 | Conair Corporation |
| RN: 4317785 | April 9, 2013 | Conair Corporation |
| RN: 4154957 | June 5, 2012 | Conair Corporation |
| RN: 4109328 | March 6, 2012 | Conair Corporation |
| RN: 4210729 | September 18, 2012 | Conair Corporation |
| RN: 4689849 | February 17, 2015 | Conair Corporation |
| RN: 4154961 | June 5, 2012 | Conair Corporation |
| RN: 3598241 | March 31, 2009 | Conair Corporation |
| RN: 5460365 | May 1, 2018 | Conair Corporation |